UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2004 FEB 23 P 2:41
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| GREGORY GERARD KERNAN, STEVEN BALL, BRIAN DOUGLAS BEAUJEAUX, WILLIE ANTHONY BOUDOIN JR., CURTIS C. BOUDREAUX SR., APRIL A. BOUDREAUX, KEVIN CASTRO, JACKIE J. CHAUFFE JR., GREGORY MICHAEL CHARRIER, SIDNEY P. CUSHING, DOUGLAS PAUL DAUSSIN, MICAH JAMES DOYLE, MARK ALLEN EBERHART, MICHAEL JAY ELLISON, ROBERT S. FISCHER, KENNETH HENRY GOODROW, WILLIAM GORRONDONA, RONALD A. HAGELBERGER, DANIEL J. HAYDEL JR., ERIC R. HEBERT, LORI DAWN HENKEMEYER, RICHARD P. KENDALL, GEORGE A. KERNAN, MATTHEW C. KNOBLAUCH, JERRY J. LAGRANGE, RICHARD LYNN MECOM JR., MATTHEW MCGEORGE, DAVID MURDEN, MARK VINCENT ROBERTS, MELVIN L. SEEGER JR., MICHAEL E. SOULE, DARRIN R. STEBER, MICHAEL J. USSERY JR., JULES EDWARD WALDER III, AND KORT WITTICH, Plaintiffs | CIVIL ACTION NO. 04-0529 |
| | SECTION SECT. T MAG. 5 |
| | JUDGE |
| | MAGISTRATE |
| v. | JURY TRIAL DEMANDED |
| ST. TAMMANY PARISH FIRE PROTECTION DISTRICT NO. 4, Defendant | |

F:\APPS\WP51\Ellen\WP61\Ellen\Mandeville FF 3704\FLSA\complaint wpd



Fee 150.00
✓ Process DONE
X Dktd DONE
CtRmDep
Doc. No. 1

**COMPLAINT**

This complaint of Gregory Gerard Kernan and the other named plaintiffs, brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, respectfully alleges:

I. PARTIES

1. Gregory Gerard Kernan, Steven Ball, Brian Douglas Beaujeaux, Willie Anthony Boudoin, Jr., Curtis C. Boudreaux Sr., April A. Boudreaux, Kevin Castro, Jackie J. Chauffe Jr., Gregory Michael Charrier, Sidney P. Cushing, Douglas Paul Daussin, Micah James Doyle, Mark Allen Eberhart, Michael Jay Ellison, Robert S. Fischer, Kenneth Henry Goodrow, William Gorrondona, Ronald A. Hagelberger, Daniel J. Haydel Jr., Eric R. Hebert, Lori Dawn Henkemeyer, Richard P. Kendall, George A. Kernan, Matthew C. Knoblauch, Jerry J. LaGrange, Richard Lynn Mecom Jr., Matthew McGeorge, David Murden, Mark Vincent Roberts, Melvin L. Seeger Jr., Michael E. Soule, Darrin R. Steber, Michael J. Ussery Jr., Jules Edward Walder III and Kort Wittich are residents of the Eastern District of Louisiana and non-exempt employees of the St. Tammany Parish Fire Protection District No. 4 ("District"). Each plaintiff is an "employee in fire protection activities" as defined by 29 U.S.C. § 203(y).

II. JURISDICTION

3. Jurisdiction is conferred by 29 U.S.C. §216(b), this being an action to recover unpaid overtime wages.

4. Supplemental jurisdiction is also asserted as to closely related claims under the Louisiana Firemen's Minimum Wage and Maximum Hours Law, La. R.S. 33:1991, *et seq.*

III. FACTS

5. The District, as a public agency engaged in fire protection services, has availed itself of statutory relief from the overtime pay requirements of 29 U.S.C. § 207(a), by opting, pursuant to 29 U.S.C. § 207(k), for a work period of 14 consecutive days upon which to determine overtime pay for its fire protection employees. The plaintiffs are entitled to compensation at a rate not less than one and one-half times the "regular rate" at which he is employed for all hours worked in excess of 106 hours in any 14-day work period.

6. The District compensates plaintiffs on an hourly basis. Included in their "regular rate," as defined by 29 U.S.C. § 207(e), are (a) regularly recurring, established hourly District base rates; (b) regularly recurring, established incentive pay rates; and (c) state supplemental pay.

7. These components of plaintiffs' hourly compensation are not subject to the discretion of the District, but are issued pursuant to an agreement or promise which cause each plaintiff to expect such combined payment regularly.

8. However, when determining overtime pay for plaintiffs who work beyond 106 hours in any 14-day work cycle, the District refuses to include incentive pay and state supplemental pay in the operative "regular rate." Thus, when calculating overtime pay, the District calculates plaintiffs as one and one-half-times District base pay only.

9. Moreover, the District refuses to include incentive pay in the calculation of longevity pay increases mandated by the Louisiana Firemen's Minimum Wage and Maximum Hours Law, La. R.S. 33:1991, *et seq.*, particularly R.S. 33:1992(B).

10. The District's actions and inactions have been deliberate and willful. The case law and regulations promulgated by the U.S. Department of Labor are unequivocal that incentive pay and

supplemental pay are includable in the "regular rate" for determination of overtime pay.

IV. CLAIMS

11. The District has violated and continues to violate 29 U.S.C. 207(a) and (k) by refusing to pay overtime wages to plaintiffs on the basis of a "regular rate" inclusive of all regularly recurring pay components of District base pay, incentive pay and state supplemental pay. Plaintiffs are entitled to recover unpaid overtime compensation, and, since the District's violations are willful, an additional equal amount as liquidated damages, plus costs and attorney's fees.

12. The plaintiffs are also entitled to back pay and future relief with respect to the District's refusal to include incentive pay in the operative base for awarding longevity pay increases provided by R.S. 33:1992(B).

13. The plaintiffs are entitled to equitable relief as to both claims restraining the District to cease violating both federal and state law in the manner described above.

14. The plaintiffs pray for trial by jury.

WHEREFORE, plaintiffs pray for the following:

(a) for the legal and equitable relief demanded in part IV of this Complaint;

(b) for trial by jury;

F:\APPS\WP51\Ellen\WP61\Ellen\Mandeville FF 3704\FLSA\complaint.wpd

(c) for such other relief that this Honorable Court may deem just and necessary.

Respectfully submitted,

**ROBEIN, URANN & LURYE**

Louis L. Robein, Jr. (La. Bar No. 11307)
ROBEIN, URANN & LURYE, P.L.C.
2540 Severn Avenue, Suite 400 (70002)
P.O. Box 6768
Metairie, Louisiana 70009-6768
Telephone: (504) 885-9994
Facsimile: (504) 885-9969

F:\APPS\WP51\Ellen\WP61\Ellen\Mandeville FF 3704\FLSA\complaint.wpd